Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Keita M. James-Irvin
William W. Morris Jr
Jazmin MD Morris

                    Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Federal Bureau of Investigations
See Attachment

                    Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 2:23-cv-1237-JLB-NPM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    KEItA M JAMes IRViN & JAzmin and William MORRIS,JR
        MORRIS
Address

|                          | *City* | *State* | *Zip Code* |

County
Telephone Number    (770) 203-5167
E-Mail Address      issabrandme@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                    FoRt Myees Police Dept
    Job or Title *(if known)*
    Address                 2210 Widman Way
                            FoRt Myees, Fl 33901
                            *City*        *State*       *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                    See Attached,
    Job or Title *(if known)* Epstien IslAnd List of Names
    Address                 on other papers
                            Attached
                            *City*        *State*       *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

# Defendants

Buffalo Police Department

1# * AIVIN ROBINSON / Pete Robinson / CIA / FBI
* Donald Trump
* JOE Biden
* SHAWN CARTERS (CARtee) ROC NATION
* SEAN COMBS (REVOLT TV)
* Jeremie Damon Pennick (Benny the Butcher)
* Alvin Worthy
* William Roberts
* Kanye West
* Kim Khardasian
* Kris Jenner
* Michelle OBAMA
* Oprah Winfrey
* Bryram Brown (City of Buffalo Mayor)
* Darnell Cooper
* Sheyaa Bin Abraham Josepn (Slaughter Gang)
* Robert Willams
* Jefferey Williams
* Governor Brian Kemp
* Govenor KAthy Hochul
* Govenor Ron DeSantis
* Govenor Abbott
* STAcy Abrams
* Tyler Perry
* DArpaL
* NorCROSS Police Department (CrAig Newton)
* Fort Myers Police Department
* LEE County Sheriff

→

Def JAM RecoRDS

Universal RecoRDS

Cheektowaga Police Department

Mason

NAtion of Islam (5%)
NBC
CNN
Fox News
Elon Musk (Twitter)
ECMC Hospital
Dr. Rugger
Luther Robinson
Quality Control
Ascap

Writers Guild

DNC

CASE NO.

## ADDITIONAL PARTY NAMES AND ADDRESSES

Kamala Harris
☐ PLAINTIFF   ☐ DEFENDANT

1600 Pennsylvannia Ave
Address (No Post Office Boxes)

Washington DC
City          State          Zip

Telephone Number

Email Address (Optional)

---

Darpa
Chris Geeslin
☐ PLAINTIFF   ☒ DEFENDANT

675 N Randolph St
Address (No Post Office Boxes)

Arlington Va 22203-2114
City          State          Zip

Telephone Number

Email Address (Optional)

---

Governor Brian Kemp
☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

Atlanta GA
City          State          Zip

Telephone Number

Email Address (Optional)

---

Donald Trump
☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

$ 1017 RECORDS

✓ Naacp Gerald Griggs
☐ PLAINTIF   ☐ DEFENDANT
1479 Brockett RD 301
Address (No Post Office Boxes)
Tucker GA 30084
City     State     Zip

Telephone Number

Email Address (Optional)

✓ Radric Davis
☐ PLAINTIFF   ☐ DEFENDANT
7922 Clayton RD
Address (No Post Office Boxes)
Jonesboro GA 30236
City     State     Zip

Telephone Number

Email Address (Optional)
Jeffery Williams

(Meekmill) Robert Williams
Atlantic Records
☐ PLAINTIF   ☐ DEFENDANT
1633 Broadway
Address (No Post Office Boxes)
New York NY 10019
City     State     Zip

Telephone Number

Email Address (Optional)

✓ Kevin Liles (300 Entertainme
☐ PLAINTIFF   ☐ DEFENDANT
112 Madison Ave Fle 4
Address (No Post Office Boxes)
New York NY 10016
City     State     Zip

Telephone Number

Email Address (Optional)

LEE County Sheriff

FORT MYERS Police Depart

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

Alvin Robinson (CIA)
☐ PLAINTIF   ☑ DEFENDANT

115 Gold St
Address (No Post Office Boxes)

Buffalo NY 14206
City          State          Zip

(716) 536-6769
Telephone Number

Buffalo2nite.com
Email Address (Optional)

---

Barack Obama
☐ PLAINTIFF   ☑ DEFENDANT

5235 Harper Ct suite 1140
Address (No Post Office Boxes)

Chicago IL 60615
City          State          Zip

_____
Telephone Number

press@obama.org
Email Address (Optional)

---

Gnseldia Records
Alvin Worthy (WSG)
☐ PLAINTIF   ☑ DEFENDANT

239 Walker St SW
Address (No Post Office Boxes)

Atlanta GA 30313
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

---

Mayor Byron Brown
☐ PLAINTIFF   ☑ DEFENDANT

65 niagara square RM 201
Address (No Post Office Boxes)

Buffalo NY 14202
City          State          Zip

(716) 851-4841
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____   ___  ___

### ADDITIONAL PARTY NAMES AND ADDRESSES

(United Way)

Dir. Matt Elder

☐ PLAINTIF   ☑ DEFENDANT

40 Courtland St NE 300

Address (No Post Office Boxes)

Atlanta GA 30303

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

Revolt TV

Sean "Love" Combs (Ceo)

☐ PLAINTIFF   ☑ DEFENDANT

1800 North Highland Ave

Address (No Post Office Boxes)

Los Angeles CA 90028

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

City of Norcross

Mayor Craig Newton

☐ PLAINTIF   ☑ DEFENDANT

65 Lawrenceville St

Address (No Post Office Boxes)

Norcross, GA 30071

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

NBC Universal (Jeff Shell)

☐ PLAINTIFF   ☑ DEFENDANT

30 Rockerfeller Plaza
~~30 Rockerfeller~~ # 620 NE.

Address (No Post Office Boxes)

New York NY 10112

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

(COC) Center of Disease Control

Majesty The King

☐ PLAINTIF   ☐ DEFENDANT

Buckingham Palace

~~xxxxxxx~~ SW1A 1AA

Address (No Post Office Boxes)

London   UK

City        State        Zip

44 303 123 7300

Telephone Number

_____

Email Address (Optional)

Rochelle Walensky

☐ PLAINTIFF   ☐ DEFENDANT

1600 Clifton RD

Address (No Post Office Boxes)

Atlanta GA 30333

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

Tameka Cottles (TINY)

☐ PLAINTIF   ☐ DEFENDANT

3035 Peachtree RD (suite 202)

Address (No Post Office Boxes)

Atlanta GA 30305

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

(Grand Hustle)

Clifford Harris (Ti)

☐ PLAINTIFF   ☐ DEFENDANT

3035 Peachtree RD (suite 202)

Address (No Post Office Boxes)

Atlanta GA 30305

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____ _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

Hanna Kang, (MBD Events)

☐ PLAINTIF   ☑ DEFENDANT

541 10th st NW
Address (No Post Office Boxes)

Atlanta GA 30318
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

/(WME) Ari Emanuel

☐ PLAINTIFF   ☑ DEFENDANT

131 S Rodeo 2nd. Floor)
Address (No Post Office Boxes)

Beverly Hills CA 90212
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

(Slaughter Gang Entertainment)
Sheyaa Bin Abraham Joseph

☐ PLAINTIF   ☑ DEFENDANT

10250 Constellation Blvd  suite 100
Address (No Post Office Boxes)

Century City CA 90067
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

(Drake OVO)
Aubrey Graham

☐ PLAINTIF   ☐ DEFENDANT

11611 Villa st
Address (No Post Office Boxes)

Adelanto, CA 92301
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

Tyler Perry
☐ PLAINTIF   ☑ DEFENDANT
541 10th st NW
Address (No Post Office Boxes)
Atlanta GA 30318
City        State        Zip

Telephone Number

Email Address (Optional)

Jon Ossoff
☐ PLAINTIFF   ☐ DEFENDANT
271 17th st NW suite 1510
Address (No Post Office Boxes)
Atlanta GA 30363
City        State        Zip

Telephone Number

Email Address (Optional)

Russell Senate Building
Ralph Warnock
☐ PLAINTIF   ☑ DEFENDANT
2 Constitution Ave NE
Address (No Post Office Boxes)
Washington DC 20002
City        State        Zip

Telephone Number

Email Address (Optional)

(Keybo Taylor)
Gwinnett County (Sheriff)
☐ PLAINTIFF   ☐ DEFENDANT
2900 University Pkwy
Address (No Post Office Boxes)
Lawrenceville, GA 30043
City        State        Zip

Telephone Number

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

Nancy Pelosi

☐ PLAINTIF  ☒ DEFENDANT

90 7ᵗʰ st  sute 2500

Address (No Post Office Boxes)

San Francisco CA 94103

City          State        Zip

_____
Telephone Number

_____
Email Address (Optional)

Stacy Abrams

☐ PLAINTIFF  ☐ DEFENDANT

410 West Broad st

Address (No Post Office Boxes)

Albany GA 31701

City          State        Zip

_____
Telephone Number

_____
Email Address (Optional)

Kathy Hochul

☐ PLAINTIF  ☒ DEFENDANT

NYS Capital Bldg

Address (No Post Office Boxes)

Albany, NY 12224

City          State        Zip

_____
Telephone Number

_____
Email Address (Optional)

Matthew L Ruggieri (MD

☐ PLAINTIFF  ☒ DEFENDANT

462 Grider st RM 1168

Address (No Post Office Boxes)

Buffalo, NY 14215

City          State        Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

## ADDITIONAL PARTY NAMES AND ADDRESSES

/ Dr Donavan Christi

☐ PLAINTIF    ☐ DEFENDANT

2229 Idlewood
Address (No Post Office Boxes)

Tuckee  GA  30048
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

/ RK & SM NY inc (Pizza Delight)

☐ PLAINTIFF    ☐ DEFENDANT

3337 Bailey Ave
Address (No Post Office Boxes)

Buffalo NY 14215
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

Help

☐ PLAINTIF  Woman's Center shelter  ☐ DEFENDANT

116 Williams st
Address (No Post Office Boxes)

Brooklyn NY 11207
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

Robert Williams (Meek mill)

☐ PLAINTIFF    ☐ DEFENDANT

794 Evander Holyfield wa
Address (No Post Office Boxes)

Riverdale GA 30296
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

8

## ADDENDUM TO COMPLAINT

CASE NO.____ _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

DNC & All Members

☐ PLAINTIF  ☐ DEFENDER

430 S. Capitol St SE #3

Address (No Post Office Boxes)

Washington  DC  20003

City        State       Zip

_____

Telephone Number

_____

Email Address (Optional)

Gov
Ron Desantis

☐ PLAINTIFF  ☐ DEFENDANT

400 S Monroe St

Address (No Post Office Boxes)

Tallahassee, FL  32399

City        State       Zip

_____

Telephone Number

_____

Email Address (Optional)

Kim Khardasian

☐ PLAINTIF  ☐ DEFENDANT

3578 Hayden Ave

Address (No Post Office Boxes)

Culver City  90232

City        State       Zip

_____

Telephone Number

_____

Email Address (Optional)

Dr Anthony Fauci

☐ PLAINTIFF  ☐ DEFENDANT

5601 Fishers Lane

Address (No Post Office Boxes)

Rockville, MD 20852

City        State       Zip

_____

Telephone Number

_____

Email Address (Optional)

KRIS Jenner
3578 Hayden Ave
Culver City 90232

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

Rudolph Smith
☐ PLAINTIF   ☐ DEFENDANT

65 Lawrenceville St
Address (No Post Office Boxes)

Norcross GA 30071
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)


Warner Record
✓ Aaron Bay Schuck
☐ PLAINTIFF   ☐ DEFENDANT

1633 Broadway
Address (No Post Office Boxes)

New York NY 10019
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)


✓ Atlantic Records Craig Kallman
☐ PLAINTIF   ☐ DEFENDANT

1633 Broadway Fl 10th
Address (No Post Office Boxes)

New York NY 10019
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)


✓ CNN   Rob Frehse
☐ PLAINTIFF   ☐ DEFENDANT

190 Marietta St N
Address (No Post Office Boxes)

Atlanta GA 30303
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

/ Tinder  Renate Nyborg
☐ PLAINTIF   ☐ DEFENDANT

  8833  West  Sunset  Blvd
Address (No Post Office Boxes)

  Los  Angeles  CA 90064
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

/ ~~Raghad Holsey~~ →
  Big  Bank  DTE
☐ PLAINTIF   ☐ DEFENDANT

  1800 North Highland Ave
Address (No Post Office Boxes)

  Los  Angeles  90028
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

/ Elon  Musk ($(Twitter) ~~●●●~~)
☐ PLAINTIF   ☐ DEFENDANT

  1355  Market  St  suite 900
Address (No Post Office Boxes)

  San  Francisco  CA  94103
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

/ Kareem  Burkes  (Biggs)
☐ PLAINTIFF   ☐ DEFENDANT

  9348  Civic  Center  Dr
Address (No Post Office Boxes)

  Beverly  Hills  CA  90210
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

( ARtist Benny The Butcher )

~~Jesse~~ Jeremie Damon Pennick

Shawn Carter
☐ PLAINTIFF   ☐ DEFENDANT

9348 Civic Center Drive
Address (No Post Office Boxes)

Beverly Hills CA 90210
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

Roc Nation Publishing
☐ PLAINTIFF   ☐ DEFENDANT

9348 Civic Center Dr
Address (No Post Office Boxes)

Beverly Hills CA 90210
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

& BeyGoods Foundation
Beyonce Knowles Carter
☐ PLAINTIFF   ☐ DEFENDANT

1412 Broadway
Address (No Post Office Boxes)

New York NY 10018
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

~~JoE~~ ~~Bidefn~~ Kamala Haeris
☐ PLAINTIFF   ☑ DEFENDANT

1600 Pennsylvania Ave NW
Address (No Post Office Boxes)

Washington DC 20500
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

LLoyd Austin

☐ PLAINTIF   ☐ DEFENDANT

3010 Defense Pentagon

Address (No Post Office Boxes)

Washington DC 20301

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)


Epic Records Sylvia Rhon

☐ PLAINTIFF   ☐ DEFENDANT

550 Madison Ave

Address (No Post Office Boxes)

New York NY 10022

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)


$ (Maybach Music Grap)
Williams Roberts

☐ PLAINTIF   ☐ DEFENDANT

794 Evander Holyfield Way

Address (No Post Office Boxes)

Riverdale GA 30296

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)


Director of CIA

☐ PLAINTIFF   ☐ DEFENDANT

2430 E St NW

Address (No Post Office Boxes)

Washington DC 20037

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

FBI
Head in Charge of Boston Field

☐ PLAINTIF   ☐ DEFENDANT

201 Maple St
Address (No Post Office Boxes)

Chelsea, MA 0210
City        State        Zip

Telephone Number

Email Address (Optional)

---

Ellen Degeneres

☐ PLAINTIFF   ☐ DEFENDANT

3400 Riverside Dr
Address (No Post Office Boxes)

Burbank CA 91522
City        State        Zip

Telephone Number

Email Address (Optional)

---

ASCAP

☐ PLAINTIF   ☐ DEFENDANT

250 West 57 st
Address (No Post Office Boxes)

NY, NY 10107
City        State        Zip

Telephone Number

Email Address (Optional)

---

Writers Guild of America west

☐ PLAINTIF   ☐ DEFENDANT

7000 West 3RD st
Address (No Post Office Boxes)

Los Angeles CA 30048
City        State        Zip

Telephone Number

Email Address (Optional)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Violation of Human Rights of Freedman & woman and Theft of money/Resources Owed, Theft of Land, Identity and Access to File petition when incident First Happened Land Deed American Natives*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *Illegal incarceration/Jail unconsent Surveillance Exploitation Trade Enslavement*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

* Defamation
* Semiconductor chip
* Medical Malpractice
* HIPAA Violation
* False Imprisonment

NATIVE Americans & Descendants of William K James (Mitchell) was Killed 5/14/22 Due to Land owed to us in REDHOUSE, VA and my mother Vivian Robinson descendants of Native Wilma Dixon of Ford Plantation Deprived of Land & Federal Lead of Gov & Deeds

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? Events originally occured in New York state. Step Father Alvin Robinson was sent by Gov to marry into childs mother to gain Access & Rights over property of Native Decendants. A CON MAN, scammed using gov classified Information. With Others Police Departments & Agencies known as HORNS/SKULLS. Little girls and Women Including Boys are being Surveillanced & Killed Such as MAY 14th 2022 the Spot Sportsbar in Tucker GA & Buffalo NY

B.    What date and approximate time did the events giving rise to your claim(s) occur?

(Nov 24)
'Charlie Jones &
Brandon Hunter
MAY 14

May 14th 2022 The Spot Sportsbar in Tucker, GA & Buffalo NY Broadway & "Mills" st Around 9:30pm (Porsche) William James Car

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Government is Failing to Criminalize those Involved The same group recruiting New Artist & others To join "Cowboy" Hunting on Civilians they use illegal Surveillance In which My Former Atty Gerald Griggs Confirmed Story. Resulting in the Arrest of Artist Jeffery Williams. The Result of Sean Combs Political Pay to Play Scheme. Included with Alvin Robinson, OBAMA et This Group is BEING ALLOWED TO → Kill women.

Donald Trump and other parties and agencies attaches
That has used Goverment power to deprive me & my
Family of Filing lawsuit, 30 yrs city of Buffalo
under Alvin Robinson Resulting in the participation or
Sept 11th and Buffalo massacre over the Deed of
Land owed To my family. forging a Document of
Declaration of Funding descendants of Redhouse VA & Natives
of Virginia on Both sides, while Depriving me of my Rights
and access to medical care with access to ressesitate
I am against (DNR) and Demand saving the life of God's
Children not allowed them Slaughtered By a Womans Hate
Group. that injet fecal and diseases to Eat Woman Alive
As she's Begging Goverment to protect them and compensate
for the theft of Identity and land. As well as the
Abuse Being Ignored onto the victims, Being silenced to
protect Mason Cult & Horn society Rituals. as well as
others that are Abusing our system, to commit hateful
Crimes on innocent people. While Recruiting others to
participated. And allowing Alvin Robinson Team, and other Mason
members to Force Cult Abuse onto others mental
Enviroment for Pay to play sports Betting, The Acts of
Discrimination onto myself, Kids, Family and city like Buffalo
NY & places in Georgia is Evil, And Govs that
participate in the Horns Hate Crime onto Women & Kids
needs Accountability. I am being Deprived of Home, Food
Transportation, and employment for Refusing to submit to Sex
From members of their society some Involves, Pastors.
Artist, Exec Judges, Police Officers, counselmen & congressmen, some
Women, Mayors, politicans, Big Tech, Even called Racist for not
participating, After Those involved illegally stream my Hotel Room
also paying for our Rooms. Then sent SBA Grant 10K as Hush Money
To obtain my Reparations/

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On Sept 9th 2020 I sustained an injury. to my shoulder & neck, and the illegal Research in Buffalo NY & Toxic Water Resulting in Police Wants on my Wrist & neck. Including injecting me at their Hospital Aug 2022 in Buffalo NY. Ive contracted as STD, from them Renting Restuarants and Having Chefs Inside Putting Bodily Fluids Inside Foods & Oil in Beverages Using methods to causse Illnesses later. While paying Law enforcement to narass victims to jail. So they can Be injected with needles. What they are doing is so Horrac.

-No daughter, Son, mother, father should experience the Magnitude of 30yrs of Crimes Being Done in a Community

## V. Relief
As Franklin, Fail to realize these are innocent lives. Depressed From these Malice Crimes

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Requesting Punitive Damages compensation of 500 Billion And full access to All Records Regarding my Family Acce and the Remaining $500 Billion to Be shared to my Childn attached to Lawsuit. I Request Full Secret Service Security & the Deed.

To my Family Land, with the History of owe Story in owe own names stated aloud to Public w/No Cover. 1 Trillion, without Any Retaliation on me & my Children with full access to our own names & Rights. Also Those who participated in Sabotaging Us at Motel in Norcross Held Accountable Including NYS Crimes in Buffalo on the Black community The Exploiting of illegal Survellance. Agents using their power to stalk women & Executives held Accountable For Insurance Plots onto innocent people By these societies Together known as the illumanti / Access to illegal Survellance →

Requesting Security For me and my Children
And no third party to Be paid for USC 1983 on our
Behalf Check should not go to Tribal, or State Gov, etc
Nor Should We Be Retaliated on For speaking up oF
those Involved in 9/11 Terrorist Involved.
And the Forging oF RedHouse Va being called the Site
In Which an Attempted Murder was plotted on
My Family and Hundreds oF others For the illegal
Abuse. Done to Deprive me and my Family From
our Resources. While Using Welfare Scandal to
Enslave Natives while taking their entitled native
Funds. Such as NYS & GA as Well as many others
thats using Ponzi scandal to theft deeds oF Land
& forging Grants. While Deprive those Victims oF Rights
to enjoy Life and their Families Without Being terroized
& exploited, as a spoAs ball

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/29/23

Signature of Plaintiff

Printed Name of Plaintiff   Keita m James Irvin

### B.   For Attorneys

Date of signing:   12/29/23

Signature of Attorney

Printed Name of Attorney   KEITA M JAMES - IRVIN

Bar Number

Name of Law Firm   1st Nations Descendants

Address   United States

|  |  |  |
|---|---|---|
| City | State | Zip Code |

Telephone Number   (770)203-5167

E-mail Address   issabrandme@gmail.com